# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00344-CV

**Deandra Isaiah Jones and 2011 Chevy Camaro SS TX LP DG9L58, Appellants**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CV 36,721, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Deandra Isaiah Jones has filed a motion to dismiss this appeal as moot, asserting that she has waived all of her interest in the property that is the subject of this appeal pursuant to a plea agreement. We grant the motion and dismiss this appeal as moot.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed: August 7, 2015